**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN OVERSIGHT, *Plaintiff*, v. U.S. DEPARTMENT OF ENERGY; CHRIS WRIGHT, in his official capacity as the Secretary of the Department of Energy; *Defendants*. | Case No. 1:25-cv-02981-ABJ |

**NOTICE OF APPEARANCE**

Please take notice that Dana A. DuBovis, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance for all Defendants in the above-captioned case.

DATED: June 26, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Dana A. DuBovis*
DANA A. DUBOVIS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, D.C. 20005

1

Telephone: (202) 230-3278
Fax: (202) 616-8640
Dana.A.DuBovis@usdoj.gov

*Counsel for Defendants*

2