**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN OVERSIGHT, | |
| *Plaintiff*, | |
| v. | Case No. 1:25-cv-02981-ABJ |
| U.S. DEPARTMENT OF ENERGY; | |
| CHRIS WRIGHT, in his official capacity as the Secretary of the Department of Energy; | |
| *Defendants*. | |

**NOTICE OF WITHDRAWAL OF SAMUEL S. HOLT
AS COUNSEL FOR DEFENDANTS**

Pursuant to Local Civil Rule 83.6(b), Samuel S. Holt hereby withdraws his appearance as counsel for Defendants in the above-captioned case.  Mr. Holt is soon leaving the U.S. Department of Justice. Department of Justice Trial Attorney Dana DuBovis previously entered an appearance and remains as counsel for Defendants.

Dated: June 26, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

 /s/ Samuel S. Holt
SAMUEL S. HOLT
Trial Attorney
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Samuel.Holt2@usdoj.gov
*Counsel for Defendants*