**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ | ) |
| AMERICAN OVERSIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 25-2981 (ABJ) |
| | ) |
| U.S. DEPARTMENT | ) |
| OF ENERGY, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**ORDER**

Pursuant to Federal Rules of Civil Procedure 56 and 58, and for the reasons stated in the accompanying memorandum opinion [Dkt. # 22], plaintiff's cross-motion for summary judgment [Dkt. # 12] is **GRANTED.** Judgment is entered in favor of plaintiff on Count One, and the Court declined to reach Counts Two and Three. Defendants' combined motion to dismiss for lack of subject matter jurisdiction and motion for summary judgment [Dkt. # 8] is **DENIED**.

The Notice of the Department of Energy Freedom of Information Act (FOIA) "Still Interested Inquiry," 90 Fed. Reg. 39187–88 (Aug. 14, 2025), *see* A.R. 16–17, is hereby **VACATED.**

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

DATE: August 5, 2026